William A. Lee and William E. Lee, JJ., concur.

------

(February 23, 1923.)

WILLIAM P. GUTHRIE and ARTHUR M. BOWEN, Co-partners Under the Firm Name of GUTHRIE & BOWEN, Respondents, v. GEORGE B. WOOD, BLANCHE A. WOOD, His Wife, BOISE DEVELOPMENT CO., a Corporation; THE WYOMING HOLDING CO., a Corporation; DEAN PERKINS, Receiver of WYOMING HOLDING CO., M. F. DEAN, and B. F. OLDEN, Respondents-Appellants; NATIONAL SURETY COMPANY, a Corporation, Intervenor, Appellant, Respondent.

[213 Pac. 357.]

This case involves facts identical with *Guthrie et al. v. Ensign et al., National Surety Co., Intervenor, ante,* p. 673,

213 Pac. 354, and on authority of that case the judgment herein is reversed and the trial court is directed to enter in this case a judgment similar to that in the Ensign case. Costs awarded to intervenor.

William A. Lee and William E. Lee, JJ., concur.